| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **EASTERN DISTRICT OF TEXAS** |

UNITED STATES OF AMERICA § 
§
*versus* § CASE NO. 1:18-CR-143
§
GERALDINE WELDON JOSEPH (3) §

**ORDER**

The Motion for Continuance filed on behalf of Defendant Geraldine Weldon Joseph (#297) is GRANTED. The court, having considered the factors set forth in 18 U.S.C. § 3161, finds as follows:

1. The Government has no objection to a continuance as to Joseph.

2. Having considered the factors listed in 18 U.S.C. § 3161(h)(7)(B), the court finds that the ends of justice served by granting Defendant's request outweigh the best interests of the public and the Defendant in a speedy trial.

3. This continuance is required to assure the necessary time for counsel to prepare effectively for trial, taking into account the exercise of due diligence.

4. The failure to grant a continuance in the proceeding would be likely to make a continuation of this proceeding impossible and would result in a miscarriage of justice.

5. The period of delay due to the motion for continuance is the period from the date of the motion through the date of the new trial setting, and this is excludable time under the Speedy Trial Act.

The Motion for Continuance is **GRANTED**, and this case is **reset** for **Pretrial Conference and Trial** on **July 23, 2019, at 9:00 a.m.**  This continuance applies only to Defendant Geraldine Weldon Joseph (1). Defendant Patrick Wayne Bronnon (1) is set for final Pretrial Conference and trial on May 20, 2019, at 9:00 a.m.

SIGNED at Beaumont, Texas, this 1st day of May, 2019.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE